UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-219

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>APPROXIMATELY $33,100 IN UNITED )<br>STATES CURRENCY SEIZED FROM )<br>JOSEPH LASRY ON NOVEMBER 8, 2021)<br>AT THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | **ORDER OF DEFAULT JUDGMENT** |

**THIS MATTER** is before the Court on the Government's Motion for Entry of Default Judgment. (Doc. 9). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $33,100 in United States Currency seized from Joseph Lasry on November 8, 2021, at the Charlotte-Douglas International Airport.**

Signed: October 17, 2022



Max O. Cogburn Jr.
United States District Judge